JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUAQIN YIN, | CV 25-1769 PA (ASx) |
| Plaintiff, | JUDGMENT |
| v. | |
| DAVID M. RADEL, | |
| Defendant. | |

Pursuant to the Court's May 19, 2025 Minute Order dismissing this action for lack of prosecution and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 19, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE